AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Marisol Uribe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:18-cv-562-DAE |
| Deville Asset Management LTD | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:   Plaintiff has failed to do so. Accordingly, the case is DISMISSED WITHOUT PREJUDICE for failure to serve Defendant and failure to comply with the Court's prior order.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge   David A. Ezra _____

Date:   04/12/2019

CLERK OF COURT   **JEANNETTE J. CLACK**

_____
Signature of Clerk or Deputy Clerk